IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BITCO GENERAL INSURANCE CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF CARBONDALE, SAMRON MIDWEST ) <br> CONTRACTING, INC., and DEAN REECE, ) <br> ) <br> Defendants. ) | No.: 3:23-cv-01032-GCS |

## RULE 41 (a)(1)(A)(i) NOTICE OF DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(i), IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, as follows:

1. BITCO General Insurance Corporation ("BITCO General") filed the present declaratory judgment action seeking the Court's declaration that BITCO General owes no insurance coverage obligation, including any duty to defend or indemnify, in connection with a lawsuit titled Dean Reece v. City of Carbondale, et al., Case No. 2020 L 106, pending in the Circuit Court for the First Judicial Circuit, Jackson County, Illinois (the "Underlying Lawsuit"). BITCO General has not yet served any of the Defendants in this action with its Complaint, and no Defendants have appeared.

2. The Underlying Lawsuit has now been resolved pursuant to a settlement agreement, therefore, BITCO General's coverage action is no longer necessary.

3. Accordingly, BITCO General's hereby dismisses without prejudice per FRCP 41(a)(1)(A)(i), with each party to bear its own fees and costs.

Respectfully submitted,

BITCO GENERAL INSURANCE CORPORATION

By: _/s/ John A. Husmann_
One of Its Attorneys

John A. Husmann
jhusmann@batescarey.com
Illinois Attorney No. 6273392
BATESCAREY LLP
191 N. Wacker Drive, Suite 2400
Chicago, IL  60606
Telephone: (312) 762-3100
Fax: (312) 762-3200

3181774